UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CLINTONIA KENDRA KEATON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No. 2:22-cv-01945-EJY<br><br>**ORDER** |

Before the Court is Plaintiff's Application for Leave to Proceed *in forma pauperis*. ECF No. 1. Plaintiff challenges the Social Security Administration's denial of Social Security Disability Insurance benefits.

Plaintiff submitted the declaration required by 28 U.S.C. § 1915(a) showing an inability to prepay fees and costs or give security for them. Plaintiff's request to proceed *in forma pauperis* is granted. Because Ms. Keaton is represented by counsel, her Complaint is not screened for sufficiency.[1] Further, counsel for Ms. Keaton appears to have sought summonses as required including to: (1) Office of the Regional Chief Counsel, Region IX, Social Security Administration, 160 Spear Street, Suite 800, San Francisco, CA 94105; (2) the Attorney General of the United States, 950 Pennsylvania Avenue, NW, Washington DC 20530; and (3) United States Attorney's Office for the District of Nevada. If service on any of the above has not been requested, Counsel for Plaintiff is advised to seek service upon such person identified above.

Accordingly,

IT IS HEREBY ORDERED that Plaintiff's Application for Leave to Proceed *in forma pauperis* (ECF No. 1) is GRANTED.

IT IS FURTHER ORDERED that Plaintiff's Complaint (ECF No. 1-1) will proceed against Defendant.

---

[1] Retention of counsel does not preclude *in formal pauperis* status. *Adkins v. E.I. DuPont de Nemours & Co.*, 335 U.S. 331, 342-43 (1948); *Handley v. Union Carbide Corp.*, 622 F. Supp. 1065 (S.D. W.Va. 1985).

1

IT IS FURTHER ORDERED that the Clerk of the Court must detach and file Plaintiff's Complaint (ECF No. 1-1).

IT IS FURTHER ORDERED that the Clerk of the Court must detach and issue the Summonses (ECF No. 1-3).

IT IS FURTHER ORDERED that Defendant will have **sixty (60) days** from the date of service to file his answer or responsive pleading to Plaintiff's Complaint in this case.

IT IS FURTHER ORDERED that, henceforth, Plaintiff must serve upon Defendant a copy of every pleading, motion, or other document submitted for consideration by the Court. Plaintiff shall include with the original paper submitted for filing a certificate stating the date that a true and correct copy of the document was mailed to Defendant. The Court may disregard any paper received by a district judge, magistrate judge, or the Clerk of the Court which fails to include a certificate of service.

DATED this 18th day of November, 2022.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE